DUFF BEAVERS v. THE STATE.

No. 9280.  Delivered March 11, 1925.

**Violating Liquor Law.**

No statement of facts, nor bills of exceptions appearing in the record, the cause is affirmed.

Appeal from the District Court of Floyd County.  Tried below before the Hon. R. C. Joiner, Judge.

Appeal from a conviction for possessing equipment for the unlawful manufacture of intoxicating liquor, penalty, two years in the penitentiary.

*Mathews & Overson* of Floydada, for appellant.

*Tom Garrard,* State's Attorney, and *Grover C. Morris,* Assistant State's Attorney, for the State.

MORROW, PRESIDING JUDGE.—The conviction is for the possession of equipment for the unlawful manufacture of intoxicating liquor; punishment fixed at confinement in the penitentiary for a period of two years.

The record is before us without bills of exceptions or statement of facts.  The indictment appears regular.  No fundamental error has been discovered or pointed out.

The judgment is affirmed.

*Affirmed.*